# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE FRITCHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>USDA FOREST SERVICE et al.,<br><br>　　　　　Defendants. | CASE NO. 1:12-cv-02033-LJO-SMS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

　　　By a motion filed December 14, 2012, Plaintiff Julie Fritcher, proceeding *pro se*, seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

　　　Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

　　　Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

**Dated:   January 2, 2013**　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1