# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE FRITCHER, | CASE NO. 1:12-cv-02033-LJO-SMS |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |
| USDA FOREST SERVICE et al., | |
| Defendants. | (Doc. 2) |

By a motion filed December 14, 2012, Plaintiff Julie Fritcher, proceeding *pro se*, seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

**Dated:   January 2, 2013**            /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE