# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE FRITCHER,<br><br>            Plaintiff,<br><br>      v.<br><br>USDA FOREST SERVICE; ED ARMENTO, Forest Supervisor; RANDY MOORE, Regional Forester; MARY WUESTER, Forest Service Employee,<br><br>            Defendants.  / | CASE NO. 1:12-cv-02033-LJO-SMS<br><br>ORDER EXTENDING TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT<br><br>(Doc. 5) |

On February 14, 2013, this Court dismissed the original complaint in this matter for failure to state a claim, granting leave to amend for thirty days. Doc. 4. On March 18, 2013, Plaintiff, proceeding *pro se*, moved for an extension of thirty days, citing a death within the family. Doc. 5.

Despite Plaintiff's failure to articulate specifics for her inability to file an amended complaint within the time provided, the Court grants a **thirty (30) day** extension of time. Plaintiff shall submit her first amended complaint on or before **April 15, 2013**. No further extension of time shall be granted.

The Office of the Clerk shall serve this order upon Plaintiff by mail.

IT IS SO ORDERED.

**Dated:   March 19, 2013**                          /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE